**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

JOCELYN EVANS,

                Plaintiff,           ORDER

    v.                                  17-CV-6583

THE HUMAN SOCIETY OF ROCHESTER
and MONROE COUNTY, et al.,

                Defendants.

---

Currently pending before the Court is plaintiff Jocelyn Evans' Motion to Opt Out of ADR ("the motion"). Docket # 9. The defendants opposed the motion and the Court scheduled oral argument. Docket ## 11, 12. On January 23, 2018, however, a Stipulation-Selection of Mediator was agreed to and signed by the parties. Docket # 13. As a result of the stipulation, the motion is **denied** as moot. Oral argument is cancelled.

**SO ORDERED.**

                                              JONATHAN W. FELDMAN
                                              United States Magistrate Judge

Dated:     January 23, 2018
            Rochester, New York